FILED

JUL 09 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| THOMAS J. OMANN,<br><br>        Plaintiff - Appellant,<br><br>v.<br><br>EDWARD D. JONES & CO., AKA Edward Jones,<br><br>        Defendant - Appellee. | No. 13-35584<br><br>D.C. No. 6:13-cv-00140-TC<br>District of Oregon,<br>Eugene<br><br><br>ORDER |

Before: KOZINSKI, Chief Judge, CANBY and TALLMAN, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* 28 U.S.C. § 1291; *United States v. Washington*, 573 F.2d 1121 (9th Cir. 1978) (denial of motion to disqualify judge not appealable). Consequently, this appeal is dismissed for lack of jurisdiction.

**DISMISSED.**

SM/Pro Se