UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

THOMAS J. OMANN,

        **Plaintiff,**

        v.        Civil No. 6:13-cv-00140-TC

EDWARD D. JONES & CO.,

        **Defendant.**

_____

## JUDGMENT

This action is dismissed.

Dated: November 26, 2013

        MARY L. MORAN, Clerk

        by /s/ R. Henshaw
          R. Henshaw, Deputy Clerk